1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ILSE POYATO, | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-0847-GMN-NJK |
| vs. | ) | ORDER |
| ALPHA RECOVERY CORP., | ) | |
| Defendant(s). | ) | |

On August 13, 2014, the parties filed a notice of pending settlement.  Docket No. 8.  In light of the above, the Court hereby **ORDERS** that the deadline to file a proposed discovery plan outlined in Local Rule 26-1(d) is hereby **VACATED**.  The Court further **ORDERS** that the parties file, no later than September 30, 2014, either dismissal papers or a status report.

IT IS SO ORDERED.

DATED: September 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge